No. 93–5131.  TUILAEPA *v.* CALIFORNIA.  Sup. Ct. Cal.  Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted limited to Question 2 presented by the petition.  Case consolidated with No. 93–5161, *Proctor* v. *California,* immediately *infra,* and a total of 90 minutes allotted for oral argument.

No. 93–5161.  PROCTOR *v.* CALIFORNIA.  Sup. Ct. Cal.  Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted.  Case consolidated with No. 93–5131, *Tuilaepa* v. *California,* immediately *supra,* and a total of 90 minutes allotted for oral argument.

No. 92–1832.  PENNSYLVANIA *v.* MATTHEWS.  Super. Ct. Pa. Certiorari denied.

No. 93–96.  ROGERS *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 93–335.  LEDBETTER, COMMISSIONER, GEORGIA DEPARTMENT OF HUMAN RESOURCES *v.* SHALALA, SECRETARY OF HEALTH AND HUMAN SERVICES, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 93–345.  SCHEFFEY *v.* RESOLUTION TRUST CORPORATION, RECEIVER FOR HERITAGE FEDERAL SAVINGS & LOAN ASSN. C. A. 4th Cir.  Certiorari denied.

No. 93–387.  MARVICH *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 93–388.  PENNSYLVANIA OFFICE OF THE BUDGET *v.* DEPARTMENT OF HEALTH AND HUMAN SERVICES ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 93–416.  BANFF, LTD. *v.* COLBERTS, INC., ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 93–470.  SANDERS *v.* UNITED STATES.  Ct. Mil. App. Certiorari denied.